

# Fourth Court of Appeals
## San Antonio, Texas

March 16, 2022

No. 04-20-00569-CV

**CITY OF SAN ANTONIO** by and through The San Antonio Water System,
Appellant

v.

**CAMPBELLTON ROAD, LTD**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-13949
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Appellee's second motion for extension of time to file its motion for rehearing is GRANTED. Appellee's motion for rehearing is due March 28, 2022.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of March, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court

